UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TRACY O'REILLY KOHLRAUTZ

Plaintiff(s),

VS.                                                                    2:00-CV-042-RLH-PAL

OILMEN PARTICIPATION CORP. ET AL

Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and the law firms of Alverson, Taylor and Lewis and Roca having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the remaining exhibits previously admitted in this matter.

Dated: November 19, 2010.

_____
U.S. DISTRICT JUDGE